# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

STANLEY ROY KITZMAN,             )
                             )
            Plaintiff,        )     Case No.  2:10-cv-01549-JCM-GWF
                             )
vs.                             )     **ORDER**
                             )
AMERICAN FAMILY MUTUAL INSURANCE  )
COMPANY,                     )
                             )
            Defendant.      )
_____)

        This matter is before the Court on the Stipulation and Order to Submit Matter to Binding Arbitration (#15) granted on July 11, 2011 (#18).

        **IT IS ORDERED** counsel for the parties shall file a status report by **December 29, 2011** advising the Court the status of the arbitration.

        DATED this 19th day of December, 2011.


_____
GEORGE FOLEY, JR.
United States Magistrate Judge