1  Robert W. Freeman, Jr., Esq.
Nevada Bar No. 003062
2  FREEMAN &ASSOCIATES
1060 Wigwam Parkway
3  Henderson, Nevada 89074
(702) 309-3333
4

5  Attorneys for Defendant
American Family Mutual Insurance Company

6                    **UNITED STATES DISTRICT COURT**

7                     **CLARK COUNTY, NEVADA**

8                          * * * * *

9
STANLEY ROY KITZMAN,               )   CASE NO: 2:10-cv-1549-JCM-GWF
10                                  )
           Plaintiff,              )
11                                  )   **STIPULATION AND ORDER FOR**
vs.                                )   **DISMISSAL WITH PREJUDICE**
12                                  )
AMERICAN FAMILY MUTUAL             )
13  INSURANCE COMPANY, DOES I       )
through x, inclusive,              )
14                                  )
15         Defendants.

16  IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and

17  their respective counsel of record, and upon the representation having been made that all

18  claims have been settled.

19  ...

20  ...

21  ...

22  ...

23  ...

24  ...

25  ...

26  ...

27  ...

28  ...

FREEMAN & ASSOCIATES
1060 Wigwam Parkway
Henderson, Nevada 89074
Telephone (702) 309-3333

1    IT IS FURTHER STIPULATED AND AGREED that the above-entitled action may be

2  dismissed with prejudice, each party to bear its own costs and attorney fees.

3

4  DATED this 3rd day of February, 2012.          DATED this 2nd day of February, 2012.

5  FREEMAN & ASSOCIATES                           GLEN J. LERNER & ASSOCIATES

6  /s/ Robert W. Freeman                          /s/ Adam D. Smith
7  Robert W. Freeman, Jr., Esq.                   Adam D. Smith, Esq.
   Nevada Bar No. 3062                            Nevada Bar No. 9690
8  1060 Wigwam Parkway                            4795 South Durango Drive
   Henderson, Nevada 89074                        Las Vegas, NV 89147
9  Attorneys for Defendant                        Attorneys for Plaintiff
   American Family Mutual Insurance Company

10

11

12                              **ORDER**

13    IT IS SO ORDERED.

14

15                              UNITED STATES DISTRICT JUDGE
16                              DATED: February 13, 2012

17

18

19

20

21

22

23

24

25

26

27

28

                              Page 2

FREEMAN & ASSOCIATES
1060 Wigwam Parkway
Henderson, Nevada 89074
Telephone (702) 309-3333