Robert W. Freeman, Jr., Esq.
Nevada Bar No. 003062
FREEMAN &ASSOCIATES
1060 Wigwam Parkway
Henderson, Nevada 89074
(702) 309-3333

Attorneys for Defendant
American Family Mutual Insurance Company

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

* * * * *

| | |
|---|---|
| STANLEY ROY KITZMAN, | CASE NO: 2:10-cv-1549-JCM-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, DOES I through x, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and their respective counsel of record, and upon the representation having been made that all claims have been settled.

...

...

...

...

...

...

...

...

...

...

IT IS FURTHER STIPULATED AND AGREED that the above-entitled action may be dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 3rd day of February, 2012.

FREEMAN & ASSOCIATES

/s/ Robert W. Freeman
Robert W. Freeman, Jr., Esq.
Nevada Bar No. 3062
1060 Wigwam Parkway
Henderson, Nevada 89074
Attorneys for Defendant
American Family Mutual Insurance Company

DATED this 2nd day of February, 2012.

GLEN J. LERNER & ASSOCIATES

/s/ Adam D. Smith
Adam D. Smith, Esq.
Nevada Bar No. 9690
4795 South Durango Drive
Las Vegas, NV 89147
Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
DATED: February 13, 2012

Page 2